

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00331-CV

| | | |
|---|---|---|
| IN RE C.R. | § | Original Proceeding |
| | § | 231st District Court of Tarrant County |
| | § | Trial Court No. 231-737023-23 |
| | § | October 4, 2023 |
| | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and all responsive filings and holds that the petition should be conditionally granted in part. Accordingly, we conditionally grant the writ of mandamus in part and direct the trial court to immediately—before the already scheduled October 9, 2023 continued hearing—hold a full adversary hearing on the Emergency Protection Order and, after affording relator (Mother) the opportunity to present evidence and challenge the Department of Family and Protective Service's evidence and right to retain the child, issue additional temporary orders, as appropriate.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack